7292

### BROOM v. HELMS.

NONSUIT.—In an action for partition where an issue of title has been raised by answer, on the trial of this issue by a jury, it is improper to grant nonsuit.

Before HYDRICK, J., Lancaster, October, 1908. Reversed.

Action by Elizabeth Broom *et al.* against Dock F. Helms. From order of nonsuit, plaintiffs appeal.

*Mr. Henry Hines,* for appellant.   No citations on point decided.

*Messrs. W. C. Hough* and *R. B. Allison,* contra. No citations on point decided.

September 27, 1909. The opinion of the Court was delivered by

MR. CHIEF JUSTICE JONES. This is an appeal from an order of nonsuit in an action for partition of real estate, wherein an issue of title was raised by defendant's answer, and the trial was had before a jury.

This being an action in equity, the authorities in this State are numerous to the effect that nonsuit is improper. *Woolfolk* v. *Manf'g Co.,* 22 S. C., 332; *McClenaghan* v. *McEachern,* 47 S. C., 446, 25 S. E., 296; *Barnes* v. *Rodgers,* 54 S. C., 115, 31 S. E., 885; *Gilreath* v. *Furman,* 57 S. C., 289, 35 S. E., 516; *Railway* v. *Beaudrot,* 63 S. C., 266, 41 S. E., 299; *Garner* v. *Garner,* 72 S. C., 439, 51 S. E., 194.

In this situation it would be improper to consider the correctness of the grounds for the motion.

The order of nonsuit is reversed and the cause remanded for further proceedings.

MR. JUSTICE HYDRICK *disqualified.*